UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALEJANDRA DIAZ,

                     Plaintiff,                                    19 **CIVIL** 6394 (LJL)

             -against-                                       **JUDGMENT**

ANDREW SAUL, Commissioner of Social Security,

                     Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Order dated January 25, 2021, 2021, the Report and Recommendation is ADOPTED in its entirety. Dkt. No. 19. The Court GRANTS Plaintiff's motion for judgment on the pleadings and remands the matter for further proceedings consistent with the Report and Recommendation. Dkt. No. 14. The Court DENIES Defendant's cross-motion for judgment on the pleadings. Dkt. No. 16; accordingly, the case is closed.

**Dated:**  New York, New York
            January 25, 2021

                                                                    **RUBY J. KRAJICK**
                                                                     _____
                                                                        **Clerk of Court**
                                          **BY:**
                                                              _____
                                                                         **Deputy Clerk**